DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————————

ROOSEVELT CHARLES BOOTH III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1199

———————————————————

January 28, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Stephen M. Whyte, Judge.

Roosevelt Charles Booth III, pro se.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.